(PC) Williams v. San Mateo Police et al                                                                                                                    Doc. 4

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT E. WILLIAMS,

        Plaintiff,                    No. CIV S-06-1744 LKK GGH P

    vs.

SAN MATEO POLICE, et al.,

        Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

/////

Dockets.Justia.com

1   In this case, none of the defendants reside in this district. The claim arose in San
2   Mateo County, which is in the Northern District of California. Therefore, plaintiff's claim
3   should have been filed in the United States District Court for the Northern District of California.
4   In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the
5   correct district. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir.
6   1974).
7       Accordingly, IT IS HEREBY ORDERED that:
8       1. This court has not ruled on plaintiff's request to proceed in forma pauperis; and
9       2. This matter is transferred to the United States District Court for the Northern
10  District of California.
11  DATED:  8/17/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

14  GGH:bb
    will1744.21